IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DONALD THOMAS (TOMMY) SHARP,

    Plaintiff,

vs,                              No. CV 21-00699 KG/GJF

CORE CIVIC,

    Defendant.

## JUDGMENT

**THIS MATTER** is before the Court under Fed. R. Civ. P. 41(b) on the Civil Complaint (Doc. 1) and Amended Complaint for Violation of Civil Rights (Doc. 8) filed by Plaintiff Donald Thomas (Tommy) Sharp and the Court having entered its Memorandum Opinion and Order dismissing the case without prejudice,

**IT IS ORDERED** that **JUDGMENT** is entered and the Civil Complaint (Doc. 1) and Amended Complaint for Violation of Civil Rights (Doc. 8) filed by Plaintiff Donald Thomas (Tommy) Sharp are **DISMISSED** without prejudice under Fed. R. Civ. P. 41(b).

_____
UNITED STATES DISTRICT JUDGE